# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
JASON BRIAN VENTRESCO  
1049 AMHERST DR  
LONDON, OH  43140  

Case No:   03-59900  

Judge:   C KATHRYN PRESTON  

EASTER MICHELLE VENTRESCO  
13210 E NATIONAL RD  
S VIENNA, OH  45369  

SSN(S):   XXX-XX-6686  
          XXX-XX-5105  

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   February 25, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| JASON BRIAN VENTRESCO & EASTER MICHELLE VENTRESCO<br>1049 AMHERST DR<br>LONDON, OH  43140 | 40.01 |